# No. B-3

## IN THE MATTER OF ANDREW ROBB

### September 7, 1808

*Held:*

When it appears from the evidence that a person detained as a soldier is under the age of twenty-one years, and was enlisted without the consent of his parent or guardian, he ought to be discharged.

# No. B-5

## IN THE MATTER OF ANDRE COLHOUN

### March 8, 1810

OPINION BY WOODWARD AS ONE OF THE JUDGES IN AND OVER THE TERRITORY. . . . . . *(Printed in Vol. 2)*

This case is governed by the decision of the Supreme Court in *McGarvin* v. *Wilson* that a bill signed by the governor alone under a power to sign in cases where less than a majority of the governor and judges either vote for or are willing to sign such bill is not a law adopted pursuant to the Ordinance of 1787; and by the decisions in the cases of *Jacob Smith* and *Isaac Burnett* that the bill extending the jurisdiction of magistrates being signed by the governor alone under the power aforesaid is not a law obligatory upon the inhabitants of this Territory.